Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Cassidy A. CURRIE |
| **Docket Number:** | 5:07-CR-00003 TAG |
| **Offender Address:** | Rosamond, California |
| **Judicial Officer:** | Honorable Theresa A. Goldner<br>United States Magistrate Judge<br>Bakersfield, California |
| **Original Sentence Date:** | 06/04/2007 - Prejudgment Probation<br>06/03/2008 - Probation |
| **Original Offense:** | 21 USC 844 - Possession of a Controlled Substance<br>(CLASS A MISDEMEANOR) |
| **Original Sentence:** | 12 months probation; $25 special assessment; mandatory drug testing. |
| **Special Conditions:** | Warrantless search and seizure; drug counseling; drug testing; co-payment; 100 hours community service. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 06/03/2008 |
| **Assistant U.S. Attorney:** | Major Darrin K. Johns       **Telephone:** (661) 277-4317 |
| **Defense Attorney:** | Gregory H. Mitts (Appt.)    **Telephone:** (661) 323-0789 |

**RE:** **Cassidy A. CURRIE**
**Docket Number: 5:07-CR-00003 TAG**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
<u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

**Other Court Action:**

<u>04/08/2008</u>: Petition filed alleging the defendant violated the terms of his prejudgment probation by submitting a urine sample to the treatment provider which returned positive for the presence of marijuana. The probation officer recommended the defendant's prejudgment probation be revoked and he be sentenced to 12 months probation, 100 hours community service, warrantless search and seizure and drug counseling and testing which the Court ordered on June 3, 2008.

<u>08/08/2008:</u> Non-Compliance report submitted alleging the defendant unlawfully used a controlled substance in that he submitted a urine specimen to the probation officer which tested positive for the presence of marijuana. The probation officer recommended the defendant be referred to the treatment provider for increased drug testing and counseling which the Court approved on August 11, 2008.

**RE:** Cassidy A. CURRIE
Docket Number: 5:07-CR-00003 TAG
PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential community corrections center, Turning Point, for a period of up to 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** On November 24, 2008, this officer received a fax from the treatment provider which indicated the defendant only completed one of four random urine tests for October and one of four random urine tests for November. On the date he did test in November, he tried to pass off someone else's urine as his own. The treatment provider caught him and obtained another urine sample the same date, November 21, 2008, as identified by barcode C01250927 which was submitted to Kroll Laboratory. On November 26, 2008, the specimen returned positive for the presence of marijuana, in violation of standard conditions of probation. Also, he missed both counseling sessions in October and attended only one of two required for November.

Additionally, the defendant only completed 40 hours of community service by the Court ordered due date of December 3, 2008. The defendant was initially referred to Volunteer Services in Bakersfield for placement in Rosamond but he failed to respond to their numerous phone calls or arrive at the work sites as directed by staff. He was ultimately failed from their program in October of 2008 and was referred to Volunteer Services of Los Angeles County in Lancaster for placement.

The defendant has been given numerous opportunities and ample time to comply with the Court ordered conditions of his probation but failed to enroll in and complete the community service in a timely manner. Instead, he waited until the deadline loomed before he began the hours. Regarding the missed drug tests and counseling sessions, the defendant told this officer the brief change in counselors at the treatment provider during the month of October was "confusing" and he had

RE: Cassidy A. CURRIE
Docket Number: 5:07-CR-00003 TAG
<u>PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

community service to finish and "couldn't make it to the tests in time." As to the dirty drug test, the defendant stated he was drinking with his friends and "got stupid" and smoked marijuana.

Despite the probation officer's efforts to curtail further drug use by the defendant by placing him in drug counseling and testing, he has continued to use marijuana. Also, despite a referral to two agencies for community service placement and the opportunity for the defendant to obtain his own work site, he failed to complete the required hours by the Court ordered deadline. Therefore, it is recommended the Court approve the probation officer's recommendation that the defendant reside and participate in the residential re-entry center at Turning Point in Bakersfield for a period of up to 120 days with the intention being to release him after 30 days provided he is in compliance with all drug counseling and testing requirements and has completed the remaining 60 hours of community service.

Respectfully submitted,

/s/ Julie R. Martin

**JULIE R. MARTIN**
**United States Probation Officer**
Telephone: (661) 861-4392

DATED:  December 12, 2008
        Bakersfield, California
        JRM

                /s/ Thomas A. Burgess

REVIEWED BY: _____

              **THOMAS A. BURGESS**
              **Supervising United States Probation Officer**

RE: Cassidy A. CURRIE
    Docket Number: 5:07-CR-00003 TAG
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**THE COURT ORDERS:**

(✓) Modification approved as recommended.

( ) Modification not approved at this time. Probation Officer to contact Court.

( ) Other:

_December 17, 2008_
**Date**

*Signature of Judicial Officer*

cc: United States Probation
    Major Darrin K. Johns, Assistant United States Attorney
    Gregory H. Mitts, Defense Counsel
    Defendant
    Court File