# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CASSIDY A. CURRIE**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **5:07-CR-00003 TAG**<br><br>None - Defendant Pro Se<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔] admitted guilt to violation of charge <u>one</u> alleged in the violation petition filed on <u>5/6/2009</u>.
[ ] was found in violation of condition(s) of supervision as to charge(s) _ after denial of guilt, as alleged in the violation petition filed on _.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Driving Under the Influence of Alcohol | 4/4/2009 |

The court: [✔] revokes conditions of supervision heretofore ordered on <u>6/5/2008</u>.

[ ]   The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]   Charge <u>two</u> is dismissed on the motion of the United States.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

6/11/2009
Date of Imposition of Sentence


*/s/ Sandra M. Snyder*
Signature of Judicial Officer


**SANDRA M. SNYDER**, United States Magistrate Judge
Name & Title of Judicial Officer


**6/16/2009**
Date

| | | |
|---|---|---|
| CASE NUMBER: | 5:07-CR-00003 TAG | Judgment - Page 2 of 2 |
| DEFENDANT: | CASSIDY A. CURRIE | |

## IMPRISONMENT

   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>3 months</u>.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[ ]   The defendant is remanded to the custody of the United States Marshal.

[✔]   The defendant shall surrender to the United States Marshal for this district.
      [✔]  at <u>2:00 p.m. on 7/10/2009</u>
      [] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ before _ on __
      [ as notified by the United States Marshal.
      [ as notified by the Probation or Pretrial Services Officer.
      If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


                                                      _____
                                                      UNITED STATES MARSHAL

                                                   By _____
                                                      Deputy U.S. Marshal